# ALABAMA COURT OF CRIMINAL APPEALS



November 21, 2025

**CR-2025-0021**
Orie Shannon McDearmond v. State of Alabama (Appeal from Cullman Circuit
Court: CC-23-178 and CC-23-179)

## NOTICE

You are hereby notified that on November 21, 2025, the following action was
taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk